Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the evidence fails to disclose facts from which it can be said that there is any concealment or transfer of property on the part of the defendant or any intent to conceal or transfer property, with intent to defraud. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARGARET E. GERMANN, as Executrix, etc., of WILLIAM GERMANN, Deceased, Respondent, v. REUBEN H. JONES, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Claims of AMELIA OTTERSON and MATILDA MAYER, Respondents, against the Estate of CHARLES A. SHOURDS, Deceased, Appellant.— Decree affirmed, with costs payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. .

KITTIE B. SAWYER, Respondent, v. NICHOLAS A. MARMARO and Others, Defendants, Impleaded with JOSEPH SIMONE and Another, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. J. H. HEMLEY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

KARL HOEPPNER, Appellant, v. THE DUNKIRK PRINTING COMPANY, Respondent. (Action No. 1.) — Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

KARL HOEPPNER, Appellant, v. THE DUNKIRK PRINTING COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Crouch, Taylk, Edgcomb, Thompson and Crosby, JJ.

ALFREDA SCHRADER, as Administratrix, etc., of CARL F. SCHRADER, Deceased, Appellant, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BASTIAN BROTHERS COMPANY, Appellant, v. REGAL DOLL MANUFACTURING COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

UTILITIES MUTUAL INSURANCE COMPANY and Another, Subrogated to the Rights of the LIVINGSTON-NIAGARA POWER COMPANY and Another, Appellants, v. EBSARY GYPSUM COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM POST, as Guardian ad Litem of DONALD POST, an Infant, and Others, Respondents, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.